UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTEGRA COMMUNITY CARE
NETWORK, LLC,

                          Plaintiff,

v.

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services;
CENTERS FOR MEDICARE AND MEDICAID
SERVICES,

                          Defendants.

C.A. No. 24-cv-530-MSM-PAS

**ORDER**

On December 20, 2024, this matter came before the Court for a conference on Plaintiff Integra Community Care Network, LLC's ("Plaintiff") Motion for a Temporary Restraining Order filed December 18, 2024 (the "Motion," ECF No. 11).

After consideration thereof, and for the reasons stated at the conference, it is hereby ordered:

1. Plaintiff's Motion for a Temporary Restraining Order is <u>GRANTED</u> as follows:

    a. Having considered the facts set forth in the complaint, the declaration of Dr. Ana Tuya Fulton and accompanying exhibits, plaintiff's memorandum of law in support of its motion, and all other evidence and argument therewith and as set out on the record at the conference, the Court finds:

        i. Plaintiff has demonstrated a likelihood of success on the merits as to its claim;

        ii. Plaintiff has demonstrated a significant risk of irreparable injuries if the

   temporary restraining order does not issue.

   iii. The balance of the equities and the public interest warrant the entry of a temporary restraining order, pending further proceedings on Plaintiff's motion for a preliminary injunction.

2. The Court issues the following temporary restraining order:

   a. The end of Plaintiff's participation in the Medicare Shared Savings Program is STAYED for 14 days or as further ordered by the Court.

3. The matter is set down for a hearing on a preliminary injunction on January 3, 2025, at 10:00 a.m.

4. The parties shall confer on a briefing schedule for the motion for a preliminary injunction, and thereafter report on their conferral to the Court.

IT IS SO ORDERED:

_____
Mary S. McElroy
United States District Judge

December  23 , 2024

ORDER PRESENTED BY:

**INTEGRA COMMUNITY CARE NETWORK, LLC**

By its attorneys,

/s/ Joseph D. Whelan
/s/ Timothy K. Baldwin
Joseph D. Whelan (#5694)
Timothy K. Baldwin (#7889)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, Rhode Island 02903
(401) 270-4500
jwhelan@whelancorrente.com
tbaldwin@whelancorrente.com

Sarah P. Hogarth (admitted *pro hac vice*)
Nicole E. Wittstein (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com
shogarth@mwe.com

Matthew L. Knowles (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-3885
mknowles@mwe.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, a copy of the foregoing document was sent by e-mail to the following attorneys prior to submitting to the Court:

Kevin Bolan
Assistant U.S. Attorney
U.S. Attorney's Office, District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02903
kevin.bolan@usdoj.gov

Kevin Love Hubbard
Chief, Civil Division
United States Attorney's Office, District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02903
Kevin.Hubbard@usdoj.gov

/s/ Timothy K. Baldwin

WC111993